B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/12)   Case Number **15–41561**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/28/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Armada Oil, Inc.
fdba International Energy, Inc., fdba NDB Energy, Inc.
5220 Spring Valley Rd
Suite 615
Dallas, TX 75254

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 15–41561 | 98–0195748 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Mark A. Weisbart | Linda S Payne |
| The Law Office of Mark A. Weisbart | Chapter 7 Bankruptcy Trustee |
| 12770 Coit Road, Suite 541 | 12270 Coit Road, Suite 541 |
| Dallas, TX 75251 | Dallas, TX 75251 |
| Telephone number: (972) 628–4903 | Telephone number: 972–628–4904 |

## Meeting of Creditors

Date: **October 5, 2015**        Time: **09:30 AM**
Location: **2000 E. Spring Creek Parkway, Plano, TX 75074**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Suite 300B | Clerk of the Bankruptcy Court: |
| 660 North Central Expressway | Jeanne Henderson |
| Plano, TX 75074 | |
| Telephone number: (972)509–1240 | |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 8/31/15 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                                  Case No. 15-41561-btr
Armada Oil, Inc.                                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: sheppardm           Page 1 of 1             Date Rcvd: Aug 31, 2015
                              Form ID: B9b             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2015.
```
db          +Armada Oil, Inc.,    5220 Spring Valley Rd,    Suite 615,    Dallas, TX 75254-2431
6991961      AFCO,    5600 N River Road #400,    Des Plaines IL 60018-5187
6991960      AFCO,    P O Box 4795,    Carol Stream IL 60197-4795
6991962      Broadridge Corp Issuer Solutions,    P O Box 416423,    Boston MA 02241-6423
6991963     +CKR LLP,    1330 Avenue of the Americas,    New York NY 10019-5400
6991964     +David J Moss,    1618 Caminito Solidago,    La Jolla CA 92037-7158
6991965      DisclosureNet Inc,    330 Bay Street,    Toronto, ON M5H 2S8
6991966     +Ellsworth Corporation,    PO Box 8210,    Metairie LA 70011-8210
6991967     +Enertia Software,    Attn: Karl R Schmidt,    125 W Missouri Avenue,    Midland TX 79701-2561
6991968     +Eric Wold,    626 Augusta Drive,    Moraga CA 94556-1006
6991969     +Federal Filings, LLC,    807 Brazos, Suite 403,    Austin TX 78701-2774
6991970     +Fred B Zaziski,    15 Lochbury Court,    Spring TX 77379-3712
6991971     +GBH CPAs, PC,    6002 Rogerdale,    Houston TX 77072-1659
6991972     +Hashad Family Trust,    Adel A Hashad, TTE,    23971 Wanigan Way,    Laguna Niguel CA 92677-4205
6991973     +James J Cerna, Jr,    105 Tanager Lane,    Redwood City CA 94065-2871
6991974     +James J Cerna, Jr,    655 Skyway Road #235,    San Carlos CA 94070-2728
6991975     +Kenneth T Hern,    12 Bristol Court,    Montgomery TX 77356-8306
6991977     +LG Networks, Inc,    8111 LBJ Freeway, Suite 625,    Dallas TX 75251-1430
6991976     +Laris Oil & Gas LLC,    9876 S Clairton Way,    Littleton CO 80126-4541
6991978     +Northpoint Energy Partners, LLC,    555 North Point Center East, Suite 400,
               Alpharetta GA 30022-1528
6991979      Premium Assignment Corp,    P O Box 8000,    Tallahassee FL 32314-8000
6991980     +Rachel Dillard,    6508 Kingsbury Drive,    Dallas TX 75231-8106
6991981     +Randy Griffin,    4021 Mildenhall,    Plano TX 75093-3167
6991982     +Ray Unruh,    706 W Boydstun,    Rockwall TX 75087-4165
6991983     +Sycamore Resources,    4021 Mildenhall,    Plano TX 75093-3167
6991984      SyncBASE, Inc,    85 Curlew Drive,    Toronto, ON M3A 2P8
6991985     +Texas Mutual Insurance Company,    P O Box 841843,    Dallas TX 75284-1843
6991959      United States Attorney s Office,    110 North College Avenue, Suite 700,    Tyler TX 75702-0204
6991986     +Whitley Penn, LLP,    1400 West 7th Street,    Fort Worth TX 76102-2628
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: weisbartm@earthlink.net Sep 01 2015 01:31:52     Mark A. Weisbart,
               The Law Office of Mark A. Weisbart,    12770 Coit Road, Suite 541,    Dallas, TX 75251
tr           EDI: QLSPAYNE.COM Sep 01 2015 01:28:00      Linda S Payne,    Chapter 7 Bankruptcy Trustee,
               12270 Coit Road, Suite 541,    Dallas, TX 75251
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Sep 01 2015 01:32:08      US Trustee,
               Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
6991958      EDI: IRS.COM Sep 01 2015 01:28:00      Internal Revenue Service,    Special Procedures,
               1100 Commerce, Room 951,    STOP 5025 DAL,    Dallas TX 75242
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2015 at the address(es) listed below:
```
              Linda S Payne    ecf@paynetrustee.com, TX21@ecfcbis.com;lspayne@ecf.epiqsystems.com
              Mark A. Weisbart    on behalf of Debtor   Armada Oil, Inc. weisbartm@earthlink.net,
               TX56@ecfcbis.com;mweisbart@ecf.epiqsystems.com;tarah_simmons@earthlink.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```