David Weitman (TX 21116200)
Jennifer Klein Ayers (TX 24069322)
**K&L GATES LLP**
1717 Main St., Suite 2800
Dallas, TX 75201
Telephone:  (214) 939.5500
Facsimile:  (214) 939.5849
david.weitman@klgates.com
jennifer.ayers@klgates.com

**ATTORNEYS FOR PROSPERITY BANK**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 7 CASES** |
| **ARMADA OPERATING, LLC,** Debtor. | **CASE NO. 15-41556** |
| **ARMADA MIDCONTINENT, LLC,** Debtor. | **CASE NO. 15-41557** |
| **MESA MIDCONTINENT, LLC,** Debtor. | **CASE NO. 15-41558** |
| **MESA ENERGY, INC.,** Debtor. | **CASE NO. 15-41559** |
| **ARMADA OIL, INC.,** Debtor. | **(Not Presently Jointly Administered)** <br> **CASE NO. 15-41561** |
| | **(Not Presently Jointly Administered)** |

**NOTICE OF APPEARANCES AND REQUEST FOR ALL NOTICES** – **PAGE 1**
DA-3386353 v2 2700061-00012

## NOTICE OF APPEARANCES AND REQUEST FOR ALL NOTICES

**PLEASE TAKE NOTICE** that David Weitman and Jennifer Klein Ayers of the law firm of K&L Gates LLP hereby file this Notice of Appearances as counsel for Prosperity Bank ("Prosperity Bank"), the majored secured creditor in the above-referenced cases, and they request that they receive copies of all pleadings, motions, and notices filed or served in these matters. All such notices, documents, and pleadings should be sent to the following parties:

| | |
|---|---|
| David Weitman, Esq. | Alan Greenfield |
| Jennifer Klein Ayers | Senior Vice President |
| **K&L GATES LLP** | Prosperity Bank |
| 1717 Main Street, Suite 2800 | 1330 S Harvard Ave. |
| Dallas, Texas 75201 | Tulsa, Oklahoma 74112 |
| Telephone: (214) 939.5500 | alan.greenfield@prosperitybankusa.com |
| Facsimile: (214) 939.5849 | |
| david.weitman@klgates.com | |
| jennifer.ayers@klgates.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notices, applications, complaints, demands, motions, petitions, pleadings or requests, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-referenced case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearances on behalf of Prosperity Bank is not intended as, nor is it, a consent to the jurisdiction of the Bankruptcy Court, including, but not limited to any consent to (i) the right of Prosperity Bank to have final orders in non-core matters entered only after de novo review by a district judge (ii) the right of Prosperity Bank to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto (iii) the right of Prosperity Bank to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any

other rights, claims, actions, defenses, setoffs, or recoupments to which Prosperity Bank is or may be entitled to under any agreement, whether in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Prosperity Bank expressly reserves.

> Respectfully submitted,
>
> **K&L GATES, LLP**
> By: /s/ *David Weitman*
>
> David Weitman, Esq.
> Texas State Bar No. 21116200
> david.weitman@klgates.com
> Jennifer Klein Ayers
> Texas State Bar No. 24069322
> jennifer.ayers@klgates.com
>
> 1717 Main Street, Suite 2800
> Dallas, Texas 75201
> (214) 939.5500
> Fax: (214) 939.5849
>
> **ATTORNEYS FOR PROSPERITY BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the following individuals are being served with a copy of this document via the Court's CM/ECF System on September 15, 2015:

Mark A. Weisbart
The Law Offices of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, Texas 75251
Main: (972) 628-4903
weisbartm@earthlink.net

*Counsel for all of the above-referenced Debtors*


Linda S. Payne
12270 Coit Road, Suite 541
Dallas, Texas 75251
Main: (972) 628-4904
linda@paynetrustee.com

*Chapter 7 Bankruptcy Trustee for all of the above-referenced Debtors*


                                            */s/ David Weitman*
                                            David Weitman