**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>ARMADA OIL, INC.<br><br>Debtor | Case No. 15-41561<br>Chapter 7 |

**NOTICE OF CHANGE IN SCHEDULE OF CREDITORS**

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

  _x_    Add Creditor(s) [requires $30.00 filing fee]

  __    Delete Creditor(s) [requires $30.00.00 filing fee]

  __    Change the Amount of a Debt [requires $30.00 filing fee]

  __    Change the Classification of a Debt [requires $30.00 filing fee]

  __    Change address of Creditor(s) or add an Attorney for a Creditor (no fee required)

  __    Amendment to Schedule C - Property Claimed as Exempt **[requires service on matrix]**

  __    Amendment to Schedule I - Current Income of Individual Debtor(s)

  __    Amendment to Schedule J - Current Expenditures of Individual Debtor(s)

  __    Initial Amended Schedules due to Chapter Conversion

---

Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial matrix is required to add or delete creditors. **Annotate Clearly So Changes Are Easily Understandable.** Do Not Refile A Complete New Matrix. Only those creditors affected by the amended schedule should be shown on the matrix. If the $30.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $30.00 fee. Adding or deleting creditors at different times require a fee each time.

---

I, or each of us, declare under penalty of perjury that I/we have read the changes in the List of Creditors Master Mailing List (matrix) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information and belief.

Date: October 1, 2015                /s/ Randy M. Griffin
                                                      Randy M. Griffin, C.E.O.

## **NOTICE OF CHANGE IN SCHEDULES OF CREDITORS**

The following creditors were left off the original matrix and should be ADDED:

Internal Revenue Service
Special Procedures
1100 Commerce, Room 951
STOP 5025 DAL
Dallas, TX 75242

Louisiana Department of Revenue
PO Box 91011
Baton Rouge, LA 70821-9011

Help Me Lisa
Lisa Tarrant
1834 Buckskin Loop NE
Rio Rancho, NM 87144

Anadarko E&P Onshore, LLC
Anadarko Land Corp
PO Box 173779
Denver CO 80217-3779

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Debtor's Notice of Change has been sent by electronic transmission to the Office of the United States Trustee, 110 N College, Suite 300, Tyler, Texas 75702 and notice of the bankruptcy has been sent by first class mail to the following on October 1, 2015:

Internal Revenue Service
Special Procedures
1100 Commerce, Room 951
STOP 5025 DAL
Dallas, TX 75242

Louisiana Department of Revenue
PO Box 91011
Baton Rouge, LA 70821-9011

Help Me Lisa
Lisa Tarrant
1834 Buckskin Loop NE
Rio Rancho, NM 87144

Anadarko E&P Onshore, LLC
Anadarko Land Corp
PO Box 173779
Denver CO 80217-3779

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

                                                /s/ Mark A. Weisbart
                                                Mark A. Weisbart
                                                Texas Bar No. 21102650
                                                THE LAW OFFICE OF MARK A. WEISBART
                                                12770 Coit Road, Suite 541
                                                Dallas, Texas 75251
                                                (972) 628-4903 Phone
                                                (972) 628-4905 Fax
                                                weisbartm@earthlink.net

                                                COUNSEL FOR DEBTOR

B6E (Official Form 6E) (4/13) - Cont.

In re  **Armada Oil, Inc.**,        Case No. **15-41561**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Rachel Dillard**<br>**6508 Kingsbury Drive**<br>**Dallas, TX 75231** | - | | Accrued Severance Pay per employment services agreement | | | | 33,600.00 | 12,475.00 | 21,125.00 |
| Account No.<br>**Rachel Dillard**<br>**6508 Kingsbury Drive**<br>**Dallas, TX 75231** | - | | Accrued severance benefits (health insurance) per employment services agreement | | | | 3,931.65 | 0.00 | 3,931.65 |
| Account No.<br>**Randy Griffin**<br>**4021 Mildenhall**<br>**Plano, TX 75093** | - | | Accrued Severance Pay per employment services agreement | | | | 52,500.00 | 0.00 | 52,500.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Subtotal (Total of this page) | | | 90,031.65 | 12,475.00 | 77,556.65 |

Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Armada Oil, Inc.**, Case No. **15-41561**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**Special Procedures**<br>**1100 Commerce, Room 951**<br>**STOP 5025 DAL**<br>**Dallas, TX 75242** | - | | | | | | 118,574.00 | 0.00 | 118,574.00 |
| Account No.<br><br>**Louisiana Department of Revenue**<br>**P. O. Box 91011**<br>**Baton Rouge, LA 70821-9011** | - | | | | | | 298,754.00 | 0.00 | 298,754.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 417,328.00 — 0.00 / 417,328.00

Total (Report on Summary of Schedules) 507,359.65 — 77,556.65 / 429,803.00

B6F (Official Form 6F) (12/07)

In re **Armada Oil, Inc.**, Case No. **15-41561**
                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AFCO**<br>**P. O. Box 4795**<br>**Carol Stream, IL 60197-4795** | - | | | | | | 1,524.35 |
| Account No.<br><br>**AFCO**<br>**P. O. Box 4795**<br>**Carol Stream, IL 60197-4795** | - | | | | | | 11,869.88 |
| Account No.<br><br>**Broadridge Corp. Issuer Solutions**<br>**P. O. Box 416423**<br>**Boston, MA 02241-6423** | - | | | | | | 637.85 |
| Account No.<br><br>**CKR LLP**<br>**1330 Avenue of the Americas**<br>**New York, NY 10019** | - | | | | | | 16,012.50 |

__5__ continuation sheets attached

Subtotal (Total of this page)   **30,044.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Oil, Inc.**, Case No. **15-41561**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**David J. Moss**<br>**1618 Caminito Solidago**<br>**La Jolla, CA 92037** | - | | | | | | 214,700.14 |
| Account No.<br>**DisclosureNet Inc.**<br>**330 Bay Street**<br>**Toronto, ON M5H 2S8** | - | | | | | | 1,300.00 |
| Account No.<br>**Ellsworth Corporation**<br>**PO Box 8210**<br>**Metairie, LA 70011** | - | | | | | | 1,294.48 |
| Account No.<br>**Enertia Software**<br>**Attn: Karl R. Schmidt**<br>**125 W. Missouri Avenue**<br>**Midland, TX 79701** | - | | | | | | 22,910.64 |
| Account No.<br>**Eric Wold**<br>**626 Augusta Drive**<br>**Moraga, CA 94556** | - | | | | | | 5,250.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　245,455.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Oil, Inc.**, Debtor

Case No. **15-41561**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Federal Filings, LLC**<br>**807 Brazos, Suite 403**<br>**Austin, TX 78701** | - | | | | | | 3,971.92 |
| Account No.<br>**Fred B. Zaziski**<br>**15 Lochbury Court**<br>**Spring, TX 77379** | - | | | | | | 5,250.00 |
| Account No.<br>**GBH CPAs, PC**<br>**6002 Rogerdale**<br>**Houston, TX 77072** | - | | | | | | 39,000.00 |
| Account No.<br>**Hashad Family Trust**<br>**Adel A Hashad, TTE**<br>**23971 Wanigan Way**<br>**Laguna Niguel, CA 92677** | - | | | | | | 315,012.30 |
| Account No.<br>**Help Me Lisa**<br>**Lisa Tarrant**<br>**1834 Buckskin Loop NE**<br>**Rio Rancho, NM 87144** | - | | | | | | 325.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **363,559.22**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Armada Oil, Inc.**                                ,                Case No.  __**15-41561**__
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**James J. Cerna, Jr.**<br>**105 Tanager Lane**<br>**Redwood City, CA 94065** | - | | | | | | 5,250.00 |
| Account No.<br>**James J. Cerna, Jr.**<br>**105 Tanager Lane**<br>**Redwood City, CA 94065** | - | | | | | | 104,771.36 |
| Account No.<br>**Kenneth T. Hern**<br>**12 Bristol Court**<br>**Montgomery, TX 77356** | - | | | | | | 5,250.00 |
| Account No.<br>**Laris Oil & Gas LLC**<br>**9876 S. Clairton Way**<br>**Littleton, CO 80126** | - | | | | | | 10,000.00 |
| Account No.<br>**LG Networks, Inc.**<br>**8111 LBJ Freeway, Suite 625**<br>**Dallas, TX 75251** | - | | | | | | 974.25 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    126,245.61

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Oil, Inc.**, Case No. **15-41561**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxA2CH<br><br>**Microsoft Corporation**<br>**One Microsoft Way**<br>**Redmond, WA 98052** | - | | | | | | 137.51 |
| Account No.<br><br>**Northpoint Energy Partners, LLC**<br>**555 North Point Center East, Suite 400**<br>**Alpharetta, GA 30022** | - | | | | | | 66,669.00 |
| Account No.<br><br>**Premium Assignment Corp.**<br>**P. O. Box 8000**<br>**Tallahassee, FL 32314-8000** | - | | | | | | 23,643.21 |
| Account No.<br><br>**Rachel Dillard**<br>**6508 Kingsbury Drive**<br>**Dallas, TX 75231** | - | | | | | | 1,912.50 |
| Account No.<br><br>**Ray Unruh**<br>**706 W. Boydstun**<br>**Rockwall, TX 75087** | - | | | | | | 5,250.00 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **97,612.22**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Armada Oil, Inc.** ,　　　　　　　　　　　　　　　　　　　Case No.  **15-41561**
　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Sycamore Resources<br>4021 Mildenhall<br>Plano, TX 75093 | - | | | | | | 111,013.70 |
| Account No.<br>SyncBASE, Inc.<br>85 Curlew Drive<br>Toronto, ON M3A 2P8 | - | | | | | | 3,300.00 |
| Account No.<br>Texas Mutual Insurance Company<br>P. O. Box 841843<br>Dallas, TX 75284 | - | | | | | | 95.91 |
| Account No.<br>Tforce Energy Services, Inc.<br>6143 S. Willow Dr, Ste. 230<br>Englewood, CO 80111 | - | | 10/09/14 | | | | 353,160.30 |
| Account No.<br>Whitley Penn, LLP<br>1400 West 7th Street<br>Fort Worth, TX 76102 | - | | | | | | 3,283.00 |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　470,852.91

Total (Report on Summary of Schedules)　1,333,769.80