IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>ARMADA OIL, INC.<br><br>Debtor | Case No. 15-41561<br>Chapter 7 |

## TRUSTEE'S MOTION TO EXTEND TIME TO
## ASSUME OR REJECT EXECUTORY CONTRACTS

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

Linda S. Payne, the duly appointed Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of Armada Oil, Inc., files this Motion to Extend Time to Assume or Reject Executory Contracts seeking to extend the time by which she is required to assume or reject executory contracts pursuant to 11 U.S.C. § 365(d)(1). In support, the Trustee would respectfully show the Court as follows:

1.   This Court has jurisdiction to hear this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and the Order of Reference for the United States District Court for the Eastern District of Texas.

2.   This motion is brought pursuant to 11 U.S.C. §§ 105(a) and 365(d)(1). Accordingly, this matter involves a core proceeding pursuant to pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

3.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.   On August 28, 2015, Armada Oil, Inc. (the "Debtor") filed a voluntary petition

under Chapter 7 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy case.

5. The § 341 First Meeting of Creditors was held on October 5, 2015.

6. Debtor operated an uncompleted wellbore - Bear Creek # 1 Well. Trustee is contemplating selling the Debtor's assets.

7. Trustee may desire to assume and assign the Andarko Farmout Agreement with Andarko E&P Onshore, LLC and perhaps other related executory contracts.

8. The deadline to assume and assign executory contracts under 11 U.S.C. § 365(d)(1) is currently October 27, 2015.

9. Trustee requests a sixty (60) day extension of this deadline to December 26, 2015 to allow her time to evaluate, and if appropriate, negotiate an assignment of executory contracts and file a motion to assume or reject.

WHEREFORE PREMISES CONSIDERED, Trustee prays that the Court enter an order granting the relief requested above and granting the Trustee such other and further relief to which he is justly entitled.

Dated:   October 27, 2015          Respectfully Submitted,

                                   /s/ Bill F. Payne
                                   BILL F. PAYNE, SBN 15649500
                                   100 North Main Street
                                   Paris, Texas 75460
                                   Telephone 903-784-4393
                                   Facsimile 903-785-0312
                                        Or
                                   12770 Coit Road, Suite 541
                                   Dallas, Texas 75251
                                   Tel:  (972) 628-4901

                                   COUNSEL FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on October 27, 2015.

                                              /s/ Bill F. Payne
                                              Bill F. Payne

AFCO
5600 N River Road #400
Des Plaines IL 60018-5187

AFCO
P O Box 4795
Carol Stream IL 60197-4795

Anadarko E&P Onshore, LLC
Anadarko Land Corp
PO Box 173779
Denver CO 80217-3779

Armada Oil, Inc.
5220 Spring Valley Rd
Suite 615
Dallas, TX 75254-2431

Bill F. Payne
100 North Main Street
Paris, TX 75460-4222

Broadridge Corp Issuer Solutions
P O Box 416423
Boston MA 02241-6423

CKR LLP
1330 Avenue of the Americas
New York NY 10019-5400

David J Moss
1618 Caminito Solidago
La Jolla CA 92037-7158

David Weitman
K & L Gates LLP
1717 Main St., Ste. 2800
Dallas, TX 75201-7342

DisclosureNet Inc
330 Bay Street
Toronto, ON M5H 2S8

Ellsworth Corporation
PO Box 8210
Metairie LA 70011-8210

Enertia Software
Attn: Karl R Schmidt
125 W Missouri Avenue
Midland TX 79701-2561

Eric Wold
626 Augusta Drive
Moraga CA 94556-1006

Federal Filings, LLC
807 Brazos, Suite 403
Austin TX 78701-2774

Fred B Zaziski
15 Lochbury Court
Spring TX 77379-3712

GBH CPAs, PC
6002 Rogerdale
Houston TX 77072-1659

Hashad Family Trust
Adel A Hashad, TTE
23971 Wanigan Way
Laguna Niguel CA 92677-4205

Help Me Lisa
Lisa Tarrant
1834 Buckskin Loop NE
Rio Rancho, NM 87144-1451

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James J Cerna, Jr
105 Tanager Lane
Redwood City CA 94065-2871

James J Cerna, Jr
655 Skyway Road #235
San Carlos CA 94070-2728

Jennifer Klein Ayers
K&L GATES, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201-7342

Kenneth T Hern
12 Bristol Court
Montgomery TX 77356-8306

Laris Oil & Gas LLC
9876 S Clairton Way
Littleton CO 80126-4541

LG Networks, Inc
8111 LBJ Freeway, Suite 625
Dallas TX 75251-1430

Linda S Payne
Chapter 7 Bankruptcy Trustee
12270 Coit Road, Suite 541
Dallas, TX 75251

Louisiana Department of Revenue
PO Box 91011
Baton Rouge, LA 70821-9011

Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-8300

Northpoint Energy Partners, LLC
555 North Point Center East, Suite 400
Alpharetta GA 30022-1528

Premium Assignment Corp
P O Box 8000
Tallahassee FL 32314-8000

Prosperity Bank
1330 S. Harvard Ave.
Tulsa, OK 74112-5818

Prosperity Bank
c/oAlan Greenfield,Senior Vice President
1330 S Harvard Ave.
Tulsa, OK 74112-5818

Rachel Dillard
6508 Kingsbury Drive
Dallas TX 75231-8106

Randy Griffin
4021 Mildenhall
Plano TX 75093-3167

Ray Unruh
706 W Boydstun
Rockwall TX 75087-4165

Sycamore Resources
4021 Mildenhall
Plano TX 75093-3167

SyncBASE, Inc
85 Curlew Drive
Toronto, ON M3A 2P8

Texas Mutual Insurance Company
P O Box 841843
Dallas TX 75284-1843

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

United States Attorney s Office
110 North College Avenue, Suite 700
Tyler TX 75702-0204

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Whitley Penn, LLP
1400 West 7th Street
Fort Worth TX 76102-2628