IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | |
|---|---|
| ARMADA OIL, INC. | Case No.   15-41561<br>Chapter 7 |
| Debtor | |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO
<u>ASSUME OR REJECT EXECUTORY CONTRACTS</u>**

ON this day, came on for consideration the Motion to Extend Time to Assume or Reject Executory Contracts (the "Motion") filed by Linda S. Payne, the Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of Armada Oil, Inc. on October 27, 2015, seeking an extension of time to assume or reject executory contracts pursuant to 11 U.S.C. § 365(d)(1).  The Court having reviewed the Motion finds that good cause exists to grant the relief requested; accordingly, it is

ORDERED that the Motion shall be and is hereby granted; it is further

ORDERED that the time for Trustee to assume or reject any executory contracts to which the Debtor is a party shall be and is hereby extended to December 26, 2015; it is further

ORDERED that nothing contained herein precludes Trustee from seeking additional extensions of time.

IT IS SO ORDERED.

Signed on 11/23/2015

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE