

11/23/2015

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>ARMADA OIL, INC.<br><br>Debtor | Case No. 15-41561<br>Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS

ON this day, came on for consideration the Motion to Extend Time to Assume or Reject Executory Contracts (the "Motion") filed by Linda S. Payne, the Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of Armada Oil, Inc. on October 27, 2015, seeking an extension of time to assume or reject executory contracts pursuant to 11 U.S.C. § 365(d)(1). The Court having reviewed the Motion finds that good cause exists to grant the relief requested; accordingly, it is

ORDERED that the Motion shall be and is hereby granted; it is further

ORDERED that the time for Trustee to assume or reject any executory contracts to which the Debtor is a party shall be and is hereby extended to December 26, 2015; it is further

ORDERED that nothing contained herein precludes Trustee from seeking additional extensions of time.

IT IS SO ORDERED.

Signed on 11/23/2015

_Brenda T. Rhoades_  SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                   Case No. 15-41561-btr
Armada Oil, Inc.                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0540-4            User: tyrones              Page 1 of 1              Date Rcvd: Nov 23, 2015
                                Form ID: pdf405            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2015.
db          +Armada Oil, Inc.,   5220 Spring Valley Rd,   Suite 615,   Dallas, TX 75254-2431
cr           Premium Assignment Corporation,   c/o Brian F. Antweil,   KATTEN MUCHIN ROSENMAN LLP,
              1301 McKinney Street, Suite 3000,   Houston, TX 77010-3033
cr          +Prosperity Bank,   c/oAlan Greenfield,Senior Vice President,   1330 S Harvard Ave.,
              Tulsa, OK 74112-5818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2015 at the address(es) listed below:
              Bill F. Payne    on behalf of Trustee Linda S Payne lgarner@moorefirm.com,
               TX21@ecfcbis.com;bpayne@ecf.epiqsystems.com
              Brian F. Antweil    on behalf of Creditor    Premium Assignment Corporation
               brian.antweil@kattenlaw.com,   linda.price@kattenlaw.com;paul.musser@kattenlaw.com
              David Weitman    on behalf of Creditor    Prosperity Bank david.weitman@klgates.com
              Jennifer Klein Ayers    on behalf of Creditor    Prosperity Bank jennifer.ayers@klgates.com,
               abigail.brown@klgates.com
              Linda S Payne    ecf@paynetrustee.com,   TX21@ecfcbis.com;lspayne@ecf.epiqsystems.com
              Mark A. Weisbart    on behalf of Debtor    Armada Oil, Inc. weisbartm@earthlink.net,
               TX56@ecfcbis.com;mweisbart@ecf.epiqsystems.com;tarah_simmons@earthlink.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 7